## PRAYER

For these reasons, Defendants respectfully request that the Court grant the foregoing special exceptions. Defendants also request such other and further recovery to which they may be entitled.

Respectfully submitted,

/s/ Michael J. Mazzone
Michael J. Mazzone
State Bar No. 13313000
Varant Yegparian
State Bar No. 24070893
HAYNES AND BOONE, LLP
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone:  (713) 547-2115
Facsimile:  (713) 236-5662

James R. Harris
State Bar No. 09066000
Andrew M. Greenwell
State Bar No. 00784170
HARRIS & GREENWELL
One Shoreline Plaza
800 N. Shoreline Blvd., Suite 2800-S
Corpus Christi, Texas 78401

ATTORNEY    FOR    DEFENDANTS
WALLER    MARINE,    INC.,    WALLER
MAX GAS, LLC AND DAVID WALLER

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served on the following attorneys of record in accordance with the Texas Rules of Civil Procedure on March __, 2013

Roger S. Braugh, Jr.
State Bar No. 00796244
Stuart R. White
State Bar No. 24075268
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78401
Telephone: 361-653-3300
Facsimile:  361-653-3333

Shelby A. Jordan
State Bar. No. 11016700
Harlin C. Womble
Texas Bar No. 21880300
Antonio Ortiz
State Bar No. 24074839
500 North Shoreline Dr., Suite 900
Corpus Christi, Texas 78401
Telephone:  361-884-5678
Facsimile:   361-888-5555

*/s/ Varant Yegparian*_____
Varant Yegparian

CAUSE NO. 2013 CCV-60115-2

| | | |
|---|---|---|
| CANYON SUPPLY & LOGISTICS, LLCs | § | IN THE COUNTY COURT OF |
| | § | |
| Plaintiff | § | |
| VS. | § | |
| | § | |
| MAX FINANCIAL, LLC, in its assumed | § | |
| or common name; WALLER MARINE, | § | AT LAW NO. 2 |
| INC. in its assumed or common name; | § | |
| DIVERSITY MAX, LLC, in its assumed | § | |
| or common name; DIVERSITY MAX | § | |
| CANYON PORT, LLC, in its assumed or | § | |
| Common name; DIVERSITY MAX CP | § | |
| HOLDINGS, LLC, in its assumed or | § | |
| common name; JEFFREY GREENWALT; | § | NUECES COUNTY, TEXAS |
| and, DAVID WALLER; | § | |
| | § | |
| Defendants. | § | |

## ORDER ON DEFENDANTS' AMENDED SPECIAL EXCEPTIONS

On this day, this Court considered Defendants Waller Marine, Inc., Waller Max Gas, LLC and David Waller's ("Defendants") Amended Special Exceptions to Plaintiff's Original Petition ("Petition"). This Court, having considered the Amended Special Exceptions, all responses and replies, if any, holds that:

Special Exception 1 is ___ GRANTED / ___ DENIED. Plaintiff is ordered to replead the equitable relief it seeks with specificity.

Special Exception 2 is ___ GRANTED / ___ DENIED. Plaintiff is ordered to replead the maximum amount of damages sought with specificity.

Special Exception 3 is ___ GRANTED / ___ DENIED. Plaintiff is ordered to replead the statute or statutes that provide it the right to recover attorney's fees with specificity.

Special Exception 4 is ___ GRANTED / ___ DENIED. Plaintiff is ordered to replead the "overt act" sustaining its civil conspiracy claim with specificity. Plaintiff must replead with specificity the "overt act" committed in furtherance of the civil conspiracy, the party committing

the "overt act" and how the "overt act" furthered the conspiracy's objectives. Plaintiff is also ordered to replead the members of the conspiracy with specificity.

Special Exception 5 is ___ GRANTED / ___ DENIED. Plaintiff is ordered to replead its fraud claims. Plaintiff is further ordered to replead its common law fraud claim to allege the material false representations and misrepresentations made by Defendants and all facts showing that these representations and misrepresentations were made knowingly and intentionally. Plaintiff is further ordered to replead its Fraud by Nondisclosure and Fraudulent Inducement claim to specify the facts showing that Defendants' course of action, conduct, acts and omissions concealed from or failed to disclose to Plaintiff material facts, facts showing these Defendants' state of mind in committing these acts and all facts showing that Defendants owed Plaintiff a fiduciary duty, special relationship or other obligation giving rise to a duty to disclose. Plaintiff is further ordered to replead the heading of its Fraud by Nondisclosure and Fraudulent Inducement cause of action to remove any reference to Fraudulent Inducement. Plaintiff is further ordered to replead its statutory fraud cause of action to specify the facts showing the transaction in question, the alleged acts, omissions, conduct and misconduct forming the basis of Plaintiff's injury and the material false misrepresentations, false promises or non-disclosed material false representations. Plaintiff is further ordered to specify which Defendants conveyed real property to Plaintiff and the particulars of this conveyance.

Special Exception 6 is ___ GRANTED / ___ DENIED. Plaintiff is ordered to replead its civil conspiracy claim to specify the entities or corporate forms that were used as a sham, how these entities were used as tools of another, how they were used to evade existing legal obligations, how they were used to prevent discovery of a crime or wrong, which entities were underinsured or underfunded,  how Waller wrought an actual fraud on Plaintiff and how this fraud benefited Waller individually.

2

Special Exception 7 is ___ GRANTED / ___ DENIED.  Plaintiff is ordered to replead its Petition to specify which Defendant individually committed each wrongful act.

Special Exception 8 is ___ GRANTED / ___ DENIED.  Plaintiff is ordered to replead its breach of contract cause of action to specify the contract sued upon and the contractual terms violated by Defendants.



SIGNED this _____ day of _____, 2013



_____
JUDGE PRESIDING

3

# NUECES COUNTY PROCESS REQUEST SHEET

### 901 LEOPARD STREET ROOM 313 / CORPUS CHRISTI, TEXAS 78401
### PHONE # 361-888-0450    /    FAX # 361-888-0571

*FOR EACH PARTY SERVED YOU MUST FURNISH A COPY OF THE PLEADINGS, TWO SETS OF COPIES FOR SEC. OF STATE / COM. OF INSURANCE, ETC.*

*SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST*

CAUSE NUMBER: 2013CCV-6011S-2    DATE OF REQUEST: _____

## NAME OF DOCUMENT/PLEADING TO BE SERVED:

POP

SERVICE BY:
[✓] ATTORNEY OR PROCESS SERVER: Ramona    PHONE: _____  361-653-3300

[ ] CERTIFED MAIL  [ ] RESTRICTED DELIVERY    [ ] CONSTABLE/SHERIFF    [ ] RETURN BY MAIL

[ ] COURTHOUSE POSTING  # OF DAYS TO BE POSTED: _____  STATEMENT OF SUIT (USE REVERSE SIDE)

[ ] PUBLICATION  # OF DAYS TO BE PUBLISHED: _____

NAME OF NEWSPAPER: _____

PARTY/PARTIES TO BE SERVED:
[1] NAME/AGENT _____ Four to Secretary of State
     ADDRESS _____

[2] NAME/AGENT _____ Four via Regular citation
     ADDRESS _____

[3] NAME/AGENT _____ Secretion
     ADDRESS _____

SIGNATURE REQUIRED BY ATTORNEY OR PARTY REQUESTING PROCESS:

NAME _____ PHONE NUMBER _____

MAILING ADDRESS _____

E-FILED

⌐NTY OF NUECES
e above and foregoing is a true and
rrect copy as the same appears on
· and/or recorded in the appropriate
·ords of Nueces County, Texas
·ereby certified on _____ 3/6/13

PATSY PEREZ
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT AND COUNTY COURTS AT LAW.



ORIGINAL

<u>Citation for Personal Service – Secretary of State</u>

Cause Number: <u>**2013CCV-60115-2**</u>

THE STATE OF TEXAS

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO:  **Diversity Max Canyon Port, LLC**
**Through E. Scott Treadway**
**11805 N. Pennsylvania Street**
**Carmel, Indiana 46032**

the Defendant, by serving in **DUPLICATE** copies to the OFFICE OF THE SECRETARY OF STATE, CITATIONS UNIT,  P. O. BOX 12079, AUSTIN, TEXAS  78711-2079.

GREETING:  You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition; Civil Case Information Sheet** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Lisa Gonzales**, **County Court at Law No. 2** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas.  Said **Petition** was filed on the **22nd day of January, 2013**.  A copy of same accompanies this citation.

The file number of said suit being Number:  **2013CCV-60115-2**

The style of the case is:  **Canyon Supply & Logistics, LLC vs. Max Financial, LLC, Waller Marine, Inc., Diversity Max, LLC, et al**

Said **petition** was filed in said court by **Roger S. Braugh, Jr.**, attorney for Plaintiff, whose address is **Sico, White & Braugh L.L.P., 802 N. Carancahua, Suite 900, Corpus Christi, TX  78401**.

The nature of the demand is fully shown by a true and correct copy of the **Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this **28th day of January, 2013**.

PATSY PEREZ District Clerk
Nueces County, Texas

SEE ATTACHED
ORIGINAL RETURN
OF SERVICE

BY _____
SANDRA H. MEDINA                    DEPUTY

# AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Nueces**                    **County Court At Law # 2 Court**

Case Number: 2013-CCV-60115-2

Plaintiff:
**CANYON SUPPLY & LOGISTICS LLC**

vs.

Defendant:
**MAX FINANCIAL LLC, WALLER MARINE, INC , DIVERSITY MAX LLC,
DIVERSITY MAX CANYON PORT LLC , DIVERSITY MAX CP HOLDINGS
LLC, JEFFREY GREENWALT AND DAVID WALLER**

Canyon Supply

For:
Stuart R. White
Sico White Hoelscher & Braugh
802 N. Carancahua Suite 900
Frost Bank Plaza
Corpus Christi, TX 78470

Received by ALLEN CIVIL PROCESS on the 8th day of February, 2013 at 3:26 pm to be served on **Diversity Max Canyon Port LLC Serving: OFFICE OF THE SECRETARY OF STATE, 1019 Brazos Room 220, Ruders Building, Austin, TX 78701**.

I, Jason Carson, being duly sworn, depose and say that on the **14th day of February, 2013 at 2:50 pm, I:**

served the **TEXAS SECRETARY OF STATE** by delivering a true copy of the **.Citation and Plaintiffs Original Petition and .Civil Case Information Sheet and $55.00 Check For Secretary Of State** with the date of service endorsed thereon by me, to: **MICHAEL ORTA at 1019 Brazos, Room 220, Austin, TX 78701**, as the designated agent for the Texas Secretary of State to accept service of process on behalf of **Diversity Max Canyon Port LLC**. An administrative fee of $55.00 was also tendered.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Hispanic, Height: 5'10", Weight: 300, Hair: Salt & Pepper, Glasses: Y

I am a private process server authorized by the Supreme Court of Texas. I am over the age of twenty-one, not a party to nor interested in the outcome of this lawsuit. I am capable of making this Affidavit, and fully competent to testify to the matters stated herein. I have personal knowledge of each of the matters stated herein and the statements made in this Affidavit are true and correct.

Subscribed and Sworn to before me on the 14th day
of February, 2013 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

M. CARSON
Notary Public
STATE OF TEXAS
My Comm. Exp. Jun. 26, 2016

_____
**Jason Carson**
SCH-2544 Expires 3/31/2013

**ALLEN CIVIL PROCESS
400 Mann Street
Suite 902
Corpus Christi, TX 78401**
(361) 884-1657
Our Job Serial Number: ALN-2013001013
Ref: Canyon Supply

FILED-PATSY PEREZ 2013 FEB 20 PM 3:50

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g



**Citation for Personal Service – Secretary of State**

Cause Number: **2013CCV-60115-2**

THE STATE OF TEXAS

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO:  **Diversity Max CP Holdings, LLC**
     **Through E. Scott Treadway**
     **11805 N. Pennsylvania Street, Ste. 163**
     **Carmel, Indiana 46032**

the Defendant, by serving in **DUPLICATE** copies to the OFFICE OF THE SECRETARY OF STATE, CITATIONS UNIT, P. O. BOX 12079, AUSTIN, TEXAS 78711-2079.

GREETING:  You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition; Civil Case Information Sheet** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Lisa Gonzales**, **County Court at Law No. 2** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas.  Said **Petition** was filed on the **22nd day of January, 2013**.  A copy of same accompanies this citation.

The file number of said suit being Number:  **2013CCV-60115-2**

The style of the case is:  **Canyon Supply & Logistics, LLC vs. Max Financial, LLC, Waller Marine, Inc., Diversity Max, LLC, et al**

Said **petition** was filed in said court by **Roger S. Braugh, Jr.**, attorney for Plaintiff, whose address is **Sico, White & Braugh L.L.P., 802 N. Carancahua, Suite 900, Corpus Christi, TX 78401**.

The nature of the demand is fully shown by a true and correct copy of the **Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this **28th day of January, 2013**.

COPY ONLY
NOT VALID FOR SERVICE

**PATSY PEREZ District Clerk**
**Nueces County, Texas**

BY _____ **DEPUTY**
      **SANDRA H. MEDINA**

## RETURN OF SERVICE

2013CCV-60115-2

CANYON SUPPLY & LOGISTICS, LLC
VS.
MAX FINANCIAL, LLC, WALLER MARINE, INC., DIVERSITY MAX, LLC, ET AL

COUNTY COURT OF LAW NO. 2

_____
Name

**ADDRESS FOR SERVICE**
Diversity Max CP Holdings, LLC, Through E. Scott Treadway, 11805 N. Pennsylvania Street, Ste. 163 Carmel, Indiana 46032

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock ___ . m., and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____ , at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|------|-----------|------------------------------------------|
|      |           |                                          |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being:

_____

and the cause of failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

| Fees: | | | |
|-------|--|--|--|
| | | _____ , | Officer |
| Serving Petition and Copy | $_____ | _____ , | County, Texas |
| Total | $_____ | By _____ , | Deputy |

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____ ; my date of birth is _____ , and my
_____ (First, Middle, Last)
address is _____
_____ (Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____ , on the _____ day of
of _____ , 20____ .

_____
Declarant / Authorized Process Server

_____
1D# & Expiration of Certification

...v I) OF NUECES

above and foregoing is a true and
ect copy as the same appears on
and/or recorded in the appropriate
ords of Nueces County. Texas.
eby certified or.          3/8/13

PATSY PEREZ
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT AND COUNTY COURTS AT LAW

**Citation for Personal Service – Secretary of State**

Cause Number: **2013CCV-60115-2**

THE STATE OF TEXAS

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO:  **Diversity Max, LLC**
**EST LAW**
**11805 N. Pennsylvania Street, Ste. 103**
**Carmel, Indiana 46032**

the Defendant, by serving in **DUPLICATE** copies to the OFFICE OF THE SECRETARY OF STATE, CITATIONS UNIT,  P. O. BOX 12079, AUSTIN, TEXAS  78711-2079.

GREETING:  You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition; Civil Case Information Sheet** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Lisa Gonzales**, **County Court at Law No. 2** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas.  Said **Petition** was filed on the **22nd day of January, 2013**.  A copy of same accompanies this citation.

The file number of said suit being Number:  **2013CCV-60115-2**

The style of the case is:  **Canyon Supply & Logistics, LLC vs. Max Financial, LLC, Waller Marine, Inc., Diversity Max, LLC, et al**

Said **petition** was filed in said court by **Roger S. Braugh, Jr.**, attorney for Plaintiff, whose address is **Sico, White & Braugh L.L.P., 802 N. Carancahua, Suite 900, Corpus Christi, TX  78401**.

The nature of the demand is fully shown by a true and correct copy of the **Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this **28th day of January, 2013**.

COPY ONLY
NOT VALID FOR SERVICE

**PATSY PEREZ District Clerk**
**Nueces County, Texas**

BY _____ **DEPUTY**
**SANDRA H. MEDINA**

## RETURN OF SERVICE

2013CCV-60115-2

**CANYON SUPPLY & LOGISTICS, LLC**
**VS.**
**MAX FINANCIAL, LLC, WALLER MARINE, INC., DIVERSITY MAX, LLC, ET AL**

**COUNTY COURT OF LAW NO. 2**

_____
Name

**ADDRESS FOR SERVICE**
Diversity Max, LLC
EST LAW, 11805 N.
Pennsylvania Street, Ste. 103
Carmel, Indiana 46032

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock ____. m., and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being: _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

Fees:

Serving Petition and Copy    $_____

Total                                    $_____

_____, Officer

_____, County, Texas

By _____, Deputy

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my
              (First, Middle, Last)

address is _____
              (Street, City, State, Zip, Country)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of

of _____, 20_____.

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification



...NITY OF NUECES

e above and foregoing is a true and
rrect copy as the same appears on
· and/or recorded in the appropriate
·cords of Nueces County. Texas
·ereby certified on _____

PATSY PEREZ
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT AND COUNTY COURTS AT LAW

# AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Nueces**                    **County Court At Law # 2 Court**

Case Number: 2013-CCV-60115-2

Plaintiff:
**CANYON SUPPLY & LOGISTICS LLC**

vs.

Defendant:
**MAX FINANCIAL LLC, WALLER MARINE, INC , DIVERSITY MAX LLC,
DIVERSITY MAX CANYON PORT LLC , DIVERSITY MAX CP HOLDINGS
LLC, JEFFREY GREENWALT AND DAVID WALLER**

For:
Stuart R. White
Sico White Hoelscher & Braugh
802 N. Carancahua Suite 900
Frost Bank Plaza
Corpus Christi, TX 78470

Canyon Supply

Received by ALLEN CIVIL PROCESS on the 8th day of February, 2013 at 3:26 pm to be served on **Diversity Max
LLC Serving: OFFICE OF THE SECRETARY OF STATE, 1019 Brazos Room 220, Ruders Building, Austin, TX
78701.**

I, Jason Carson, being duly sworn, depose and say that on the **14th day of February, 2013 at 2:50 pm, I:**

served the **TEXAS SECRETARY OF STATE** by delivering a true copy of the **.Citation and Plaintiffs Original
Petition and .Civil Case Information Sheet and $55.00 Check For Secretary Of State** with the date of service
endorsed thereon by me, to: **MICHAEL ORTA** at **1019 Brazos, Room 220, Austin, TX 78701**, as the designated
agent for the Texas Secretary of State to accept service of process on behalf of **Diversity Max  LLC**.  An
administrative fee of $55.00 was also tendered.

**Description** of Person Served: Age: 35,  Sex: M,  Race/Skin Color: Hispanic,  Height: 5'10",  Weight: 300,  Hair:
Salt & Pepper,  Glasses: Y

I am a private process server authorized by the Supreme Court of Texas. I am over the age of twenty-one, not a
party to nor interested in the outcome of this lawsuit. I am capable of making this Affidavit, and fully competent to
testify to the matters stated herein. I have personal knowledge of each of the matters stated herein and the
statements made in this Affidavit are true and correct.

Subscribed and Sworn to before me on the 14th day
of February, 2013 by the affiant who is personally
known to me.

NOTARY PUBLIC

M. CARSON
Notary Public
STATE OF TEXAS
My Comm. Exp. Jun. 26, 2016

**Jason Carson**
SCH-2544 Expires 3/31/2013

**ALLEN CIVIL PROCESS
400 Mann Street
Suite 902
Corpus Christi, TX 78401**
(361) 884-1657
Our Job Serial Number: ALN-2013001012
Ref: Canyon Supply

Copyright © 1992-2010 Database Services, Inc. – Process Server's Toolbox V6.4g



Citation for Personal Service – Secretary of State

Cause Number: <u>2013CCV-60115-2</u> **ORIGINAL**

THE STATE OF TEXAS

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO:   **Max Financial, LLC**
      **Through E. Scott Treadway**
      **11805 N. Pennsylvania Street**
      **Carmel, Indiana 46032**

the Defendant, by serving in **DUPLICATE** copies to the OFFICE OF THE SECRETARY OF STATE, CITATIONS UNIT,  P. O. BOX 12079, AUSTIN, TEXAS  78711-2079.

GREETING:  You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition; Civil Case Information Sheet** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the <u>**Honorable Lisa Gonzales**</u>, **County Court at Law No. 2** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas.  Said **Petition** was filed on the **22nd day of January, 2013**.  A copy of same accompanies this citation.

The file number of said suit being Number:  **2013CCV-60115-2**

The style of the case is:  **Canyon Supply & Logistics, LLC vs. Max Financial, LLC, Waller Marine, Inc., Diversity Max, LLC, et al**

Said **petition** was filed in said court by Roger S. Braugh, Jr., attorney for Plaintiff, whose address is **Sico, White & Braugh L.L.P., 802 N. Carancahua, Suite 900, Corpus Christi, TX  78401.**

The nature of the demand is fully shown by a true and correct copy of the **Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this **28th day of January, 2013**.

SEE ATTACHED
ORIGINAL RETURN
OF SERVICE

**PATSY PEREZ District Clerk
Nueces County, Texas**

BY _____ DEPUTY
SANDRA H. MEDINA

JNTY OF NUECES

e above and foregoing is a true and
rrect copy as the same appears on
) and/or recorded in the appropriate
cords of Nueces County, Texas
ereby certified on _____ 3/8/13

PATSY PEREZ
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT AND COUNTY COURTS AT LAW

Citation for Personal Service – Secretary of State

Cause Number: <u>2013CCV-60115-2</u>

THE STATE OF TEXAS

     NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO:    **Max Financial, LLC**
       **Through E. Scott Treadway**
       **11805 N. Pennsylvania Street**
       **Carmel, Indiana 46032**

the Defendant, by serving in **DUPLICATE** copies to the OFFICE OF THE SECRETARY OF STATE, CITATIONS UNIT,  P. O. BOX 12079, AUSTIN, TEXAS  78711-2079.

GREETING:   You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition; Civil Case Information Sheet** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Lisa Gonzales**, **County Court at Law No. 2** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas.  Said **Petition** was filed on the **22nd day of January, 2013**.  A copy of same accompanies this citation.

The file number of said suit being Number:  **2013CCV-60115-2**

The style of the case is:  **Canyon Supply & Logistics, LLC vs. Max Financial, LLC, Waller Marine, Inc., Diversity Max, LLC, et al**

Said **petition** was filed in said court by **Roger S. Braugh, Jr.**, attorney for Plaintiff, whose address is **Sico, White & Braugh L.L.P., 802 N. Carancahua, Suite 900, Corpus Christi, TX  78401**.

     The nature of the demand is fully shown by a true and correct copy of the **Petition** accompanying this citation and made a part hereof.

     The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

     Issued and given under my hand and seal of said court at Corpus Christi, Texas, this **28th day of January, 2013**.

                                                  **PATSY PEREZ District Clerk**
                                                **Nueces County, Texas**

**COPY ONLY
NOT VALID FOR SERVICE**

                                    BY _____ DEPUTY
                                               **SANDRA H. MEDINA**

### RETURN OF SERVICE

2013CCV-60115-2

CANYON SUPPLY & LOGISTICS,
LLC
VS.
MAX FINANCIAL, LLC, WALLER
MARINE, INC., DIVERSITY MAX,
LLC, ET AL

COUNTY COURT OF LAW NO. 2

Name
_____

**ADDRESS FOR SERVICE**
Max Financial, LLC
Through E. Scott Treadway
11805 N. Pennsylvania Street
Carmel, Indiana 46032

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock ____. m., and executed in
_____ County, Texas by delivering to the within named defendant in person, a true copy of this Citation with the
date of delivery endorsed thereon, together with the accompanying copy of the _____
_____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|------|-----------|------------------------------------------|
|      |           |                                          |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being:

and the cause of failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

| Fees: | | |
|-------|--|--|
| Serving Petition and Copy | $_____ | _____, Officer |
| Total | $_____ | _____, County, Texas |
| | | By _____, Deputy |

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my
(First, Middle, Last)
address is _____
(Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of
of _____, 20_____.

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification

ᴊꜰ NUECES

* above and foregoing is a true and
rect copy as the same appears on
and/or recorded in the appropriate
ords of Nueces County Texas
ɪreby certified on _____ 3/8/13

PATSY PEREZ
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT AND COUNTY COURTS AT LAW

# AFFIDAVIT OF SERVICE

**State of Texas**          **County of Nueces**          County Court At Law # 2 Court

Case Number: 2013-CCV-60115-2

Plaintiff:
**CANYON SUPPLY & LOGISTICS LLC**
vs.
Defendant:
**MAX FINANCIAL LLC, WALLER MARINE, INC , DIVERSITY MAX LLC,
DIVERSITY MAX CANYON PORT LLC , DIVERSITY MAX CP HOLDINGS
LLC, JEFFREY GREENWALT AND DAVID WALLER**

Canyon Supply

For:
Stuart R. White
Sico White Hoelscher & Braugh
802 N. Carancahua Suite 900
Frost Bank Plaza
Corpus Christi, TX  78470

Received by ALLEN CIVIL PROCESS on the 8th day of February, 2013 at 3:26 pm to be served on **Diversity Max LLC Serving: OFFICE OF THE SECRETARY OF STATE, 1019 Brazos Room 220, Ruders Building, Austin, TX 78701.**

I, Jason Carson, being duly sworn, depose and say that on the **14th day of February, 2013 at 2:50 pm, I:**

served the **TEXAS SECRETARY OF STATE** by delivering a true copy of the **.Citation and Plaintiffs Original Petition and .Civil Case Information Sheet and $55.00 Check For Secretary Of State** with the date of service endorsed thereon by me, to: **MICHAEL ORTA at 1019 Brazos, Room 220, Austin, TX 78701**, as the designated agent for the Texas Secretary of State to accept service of process on behalf of **Diversity Max  LLC**. An administrative fee of $55.00 was also tendered.

**Description** of Person Served: Age: 35,  Sex: M,  Race/Skin Color: Hispanic,  Height: 5'10",  Weight: 300,  Hair: Salt & Pepper,  Glasses: Y

I am a private process server authorized by the Supreme Court of Texas. I am over the age of twenty-one, not a party to nor interested in the outcome of this lawsuit. I am capable of making this Affidavit, and fully competent to testify to the matters stated herein. I have personal knowledge of each of the matters stated herein and the statements made in this Affidavit are true and correct.

Subscribed and Sworn to before me on the 14th day
of February, 2013 by the affiant who is personally
known to me.

NOTARY PUBLIC

**Jason Carson**
SCH-2544 Expires 3/31/2013

**ALLEN CIVIL PROCESS
400 Mann Street
Suite 902
Corpus Christi, TX 78401**
(361) 884-1657
Our Job Serial Number: ALN-2013001012
Ref: Canyon Supply

M. CARSON
Notary Public
STATE OF TEXAS
My Comm. Exp. Jun. 28, 2016

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g



**Citation for Personal Service – Secretary of State**

Cause Number: <u>2013CCV-60115-2</u> ORIGINAL

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO:   **Max Financial, LLC**
      **Through E. Scott Treadway**
      **11805 N. Pennsylvania Street**
      **Carmel, Indiana 46032**

the Defendant, by serving in **DUPLICATE** copies to the OFFICE OF THE SECRETARY OF STATE, CITATIONS UNIT, P. O. BOX 12079, AUSTIN, TEXAS 78711-2079.

GREETING: You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition; Civil Case Information Sheet** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Lisa Gonzales**, **County Court at Law No. 2** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said **Petition** was filed on the **22nd day of January, 2013**. A copy of same accompanies this citation.

The file number of said suit being Number: **2013CCV-60115-2**

The style of the case is: **Canyon Supply & Logistics, LLC vs. Max Financial, LLC, Waller Marine, Inc., Diversity Max, LLC, et al**

Said **petition** was filed in said court by **Roger S. Braugh, Jr.**, attorney for Plaintiff, whose address is **Sico, White & Braugh L.L.P., 802 N. Carancahua, Suite 900, Corpus Christi, TX 78401**.

The nature of the demand is fully shown by a true and correct copy of the **Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this **28th day of January, 2013**.

SEE ATTACHED
ORIGINAL RETURN
OF SERVICE

**PATSY PEREZ** District Clerk
**Nueces County, Texas**

BY _____ DEPUTY
    SANDRA H. MEDINA

~~~
JNTY OF NUECES

'e above and foregoing is a true and
rrect copy as the same appears on
' and/or recorded in the appropriate
ords of Nueces County, Texas
reby certified on _____ 3/8/13



PATSY PEREZ
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT AND COUNTY COURTS AT LAW

<u>Citation for Personal Service –RESIDENT</u>

Cause Number: 2013CCV-60115-2

THE STATE OF TEXAS

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO:    **Waller Marine, Inc.**
        **By Serving Its Registered Agent David B. Waller**
        **14410 West Sylvanfield**
        **Houston, TX  77014**
the Defendant,

GREETING:  You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition; Civil Case Information Sheet** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Lisa Gonzales, County Court at Law No. 2** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas.  Said **Petition** was filed on the **22nd day of January, 2013**.  A copy of same accompanies this citation.
The file number of said suit being Number:   **2013CCV-60115-2**

The style of the case is:  **Canyon Supply & Logistics, LLC vs. Max Financial, LLC, Waller Marine, Inc., Diversity Max, LLC, et al**

Said **Petition** was filed in said court by **Roger S. Braugh, Jr.**, attorney for Plaintiff, whose address is **Sico, White & Braugh L.L.P., 802 N. Carancahua, Suite 900, Corpus Christi, TX  78401**.

The nature of the demand is fully shown by a true and correct copy of the **Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this **28th day of January, 2013**.

                                                **PATSY PEREZ, District Clerk**
                                                **Nueces County, Texas**

                        BY _____ DEPUTY
                                        **SANDRA H. MEDINA**

COPY ONLY NOT VALID FOR SERVICE

## RETURN OF SERVICE

2013CCV-60115-2

CANYON SUPPLY & LOGISTICS,
LLC
VS.
MAX FINANCIAL, LLC, WALLER
MARINE, INC., DIVERSITY MAX,
LLC, ET AL

COUNTY COURT OF LAW NO. 2

_____
Name

**ADDRESS FOR SERVICE**
Waller Marine, Inc.                     14410 West Sylvanfield
By Serving Its Registered               Houston, TX 77014
Agent David B. Waller

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock ____. m., and executed in
_____ County, Texas by delivering to the within named defendant in person, a true copy of this Citation with the
date of delivery endorsed thereon, together with the accompanying copy of the _____
_____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|------|-----------|------------------------------------------|
|      |           |                                          |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being:

and the cause of failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Fees:                                                  _____, Officer
Serving Petition and Copy    $_____              _____, County, Texas
Total                        $_____         By _____, Deputy

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The
signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the
return shall be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my
                (First, Middle, Last)

address is _____
                (Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of

of _____, 20_____.

                                         _____
                                         Declarant / Authorized Process Server

                                         _____
                                         ID# & Expiration of Certification

JUNIY OF NUECES

~e above and foregoing is a true and
rrect copy as the same appears on
1 and/or recorded in the appropriate
records of Nueces County, Texas
~ereby certified on _____ 3/8/13

PATSY PEREZ
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT AND COUNTY COURTS AT LAW

<u>Citation for Personal Service –RESIDENT</u>



### Cause Number: 2013CCV-60115-2

### THE STATE OF TEXAS

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO:  **Waller Max Gas, LLC**
**By Serving Its Registered Agent David B. Wallace**
**14410 W. Sylvanfield Drive**
**Houston, TX  77014**
the Defendant,

GREETING:  You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition; Civil Case Information Sheet** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Lisa Gonzales, County Court at Law No. 2** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas.  Said **Petition** was filed on the **22nd day of January, 2013**.  A copy of same accompanies this citation.
The file number of said suit being Number:  **2013CCV-60115-2**

The style of the case is:  **Canyon Supply & Logistics, LLC vs. Max Financial, LLC, Waller Marine, Inc., Diversity Max, LLC, et al**

Said **Petition** was filed in said court by **Roger S. Braugh, Jr.,** attorney for Plaintiff, whose address is **Sico, White & Braugh L.L.P., 802 N. Carancahua, Suite 900, Corpus Christi, TX  78401.**

The nature of the demand is fully shown by a true and correct copy of the **Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this **28th day of January, 2013.**

**PATSY PEREZ, District Clerk**
**Nueces County, Texas**

BY _____ DEPUTY
SANDRA H. MEDINA

SEE ATTACHED
ORIGINAL RETURN
OF SERVICE

# AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Nueces**                    **County Court At Law # 2 Court**

Case Number: 2013-CCV-60115-2

Plaintiff:
**CANYON SUPPLY & LOGISTICS LLC**

vs.

Defendant:
**MAX FINANCIAL LLC, WALLER MARINE, INC , DIVERSITY MAX LLC,
DIVERSITY MAX CANYON PORT LLC , DIVERSITY MAX CP HOLDINGS
LLC, JEFFREY GREENWALT AND DAVID WALLER**

For:
Stuart R. White
Sico White Hoelscher & Braugh
802 N. Carancahua Suite 900
Frost Bank Plaza
Corpus Christi, TX  78470

Received by ALLEN CIVIL PROCESS on the 8th day of February, 2013 at 3:26 pm to be served on **Diversity Max
CP Holdings LLC Serving: OFFICE OF THE SECRETARY OF STATE, 1019 Brazos Room 220, Ruders
Building, Austin, TX 78701.**

I, Jason Carson, being duly sworn, depose and say that on the **14th day of February, 2013 at 2:50 pm, I:**

served the **TEXAS SECRETARY OF STATE** by delivering a true copy of the **.Citation and Plaintiffs Original
Petition and .Civil Case Information Sheet and $55.00 Check For Secretary Of State** with the date of service
endorsed thereon by me, to: **MICHAEL ORTA at 1019 Brazos, Room 220, Austin, TX 78701.** as the designated
agent for the Texas Secretary of State to accept service of process on behalf of **Diversity Max CP Holdings LLC.**
An administrative fee of $55.00 was also tendered.

**Description** of Person Served: Age: 35,  Sex: M,  Race/Skin Color: Hispanic,  Height: 5'10",  Weight: 300,  Hair:
Salt & Pepper,  Glasses: Y

I am a private process server authorized by the Supreme Court of Texas. I am over the age of twenty-one, not a
party to nor interested in the outcome of this lawsuit. I am capable of making this Affidavit, and fully competent to
testify to the matters stated herein. I have personal knowledge of each of the matters stated herein and the
statements made in this Affidavit are true and correct.

Subscribed and Sworn to before me on the 14th day
of February, 2013 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

M. CARSON
Notary Public
STATE OF TEXAS
My Comm. Exp. Jun. 26, 2016

_____
Jason Carson
SCH-2544 Expires 3/31/2013

**ALLEN CIVIL PROCESS**
**400 Mann Street**
**Suite 902**
**Corpus Christi, TX 78401**
**(361) 884-1657**
Our Job Serial Number: ALN-2013001011000
Ref: Canyon Supply

Copyright © 1992-2010 Database Services, Inc - Process Server's Toolbox V6 4g



~~~
JNTY OF NUECES

t above and foregoing is a true and
rect copy as the same appears on
and/or recorded in the appropriate
ords of Nueces County, Texas.
reby certified or.    3/8/13

PATSY PEREZ
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT AND COUNTY COURTS AT LAW

<u>Citation for Personal Service –RESIDENT</u>    ORIGINAL

## Cause Number: 2013CCV-60115-2

### THE STATE OF TEXAS

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO:    **David Waller**
      **14410 W. Sylvanfield**
      **Houston, TX  77014**
the Defendant,

GREETING:   You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition; Civil Case Information Sheet** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Lisa Gonzales, County Court at Law No. 2** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas.  Said **Petition** was filed on the **22nd day of January, 2013**.  A copy of same accompanies this citation.
The file number of said suit being Number:   **2013CCV-60115-2**

The style of the case is:  **Canyon Supply & Logistics, LLC vs. Max Financial, LLC, Waller Marine, Inc., Diversity Max, LLC, et al**

Said **Petition** was filed in said court by **Roger S. Braugh, Jr.,** attorney for Plaintiff, whose address is **Sico, White & Braugh L.L.P., 802 N. Carancahua, Suite 900, Corpus Christi, TX  78401.**

The nature of the demand is fully shown by a true and correct copy of the **Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this **28th day of January, 2013.**

                                 **PATSY PEREZ, District Clerk**
                                 **Nueces County, Texas**

BY _____ DEPUTY
              SANDRA H. MEDINA

SEE ATTACHED
ORIGINAL RETURN
OF SERVICE

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Nueces** | **County Court At Law # 2 Court** |

Case Number: 2013-CCV-60115-2

Plaintiff:
**CANYON SUPPLY & LOGISTICS LLC**

vs.

Defendant:
**MAX FINANCIAL LLC, WALLER MARINE, INC , DIVERSITY MAX
LLC , DIVERSITY MAX CANYON PORT LLC , DIVERSITY MAX CP
HOLDINGS LLC, JEFFREY GREENWALT AND DAVID WALLER**

Canyon Supply

For:
Stuart R. White
Sico White Hoelscher & Braugh
802 N. Carancahua Suite 900
Frost Bank Plaza
Corpus Christi, TX 78470

Received by Allen Civil Process on the 8th day of February, 2013 at 9:35 am to be served on **David Waller,
14410 W. Sylvanfield, Houston, TX 77014.**

I, Matt Miller, being duly sworn, depose and say that on the **12th day of February, 2013 at 11:16 am, I:**

**PERSONALLY** delivered a true copy of the **.Citation and Plaintiffs Original Petition and .Civil Case
Information Sheet** with the date of service endorsed thereon by me, to: **David Waller** at the address of: **14410
W. Sylvanfield, Houston, TX 77014,** and informed said person of the contents therein, in compliance with state
statutes.

**Description** of Person Served: Age: 50s, Sex: M, Race/Skin Color: White, Height: 5'10, Weight: 210, Hair:
Brown, Glasses: N

I am an authorized private process server authorized by the Supreme Court of Texas. I am over the age of
eighteen (18) and I am not a party to nor interested in the outcome of this lawsuit. I am of sound mind and
capable of making this Affidavit. I am fully competent to testify to the matters stated herein. I am personally
acquainted with the facts herein stated in this Affidavit which are true and correct.

Subscribed and Sworn to before me on the 12th day
of February, 2013 by the affiant who is personally
known to me.

NOTARY PUBLIC

DOMINICI OSCAR HAWKINS, JR.
Notary Public State of Texas
My Commission Expires
July 29  2015

**Matt Miller**
SCH-9756    EXP: 6/30/15

**Allen Civil Process
400 Main Street, Suite 902
Corpus Christi, TX 78401
(361) 884-1657**

Our Job Serial Number: ALN-2013001006
Ref: Canyon Supply

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.4w





...UNTY OF NUECES

..d above and foregoing is a true and
rrect copy as .he same appears on
) and/or recorded in the appropriate
)ords of Nueces County. Texas
ereby certified on _____ 3/8/13

PATSY PEREZ
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT AND COUNTY COURTS AT LAW